

# Fourth Court of Appeals
## San Antonio, Texas

September 2, 2016

No. 04-16-00490-CV

**IN THE INTEREST OF U.D.R. AND J.T.F., CHILDREN**,

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2016PA00460
Honorable Richard Garcia, Judge Presiding

## O R D E R

In this accelerated appeal of the July 27, 2016 order terminating Appellant's parental rights, Appellant's brief was due to be filed with this court on September 1, 2016. *See* TEX. R. APP. P. 38.6(a). Before the brief was due, Appellant filed a motion for a twenty-day extension of time to file Appellant's brief.

Appellant's motion is GRANTED. Appellant's brief must be filed with this court by September 21, 2016. *See id.* Further motions for extension of time to file Appellant's brief are discouraged. *See* TEX. R. JUD. ADMIN. 6.2, (directing courts of appeals to dispose of SAPCR suits "[w]ithin 180 days of the date the notice of appeal is filed").

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of September, 2016.

Keith E. Hottle
Clerk of Court